```
     LODGED
CLERK, U.S. DISTRICT COURT

    DEC 1 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

```
         FILED
CLERK, U.S. DISTRICT COURT

    JAN 1 2 2007

CENTRAL DISTRICT OF CALIFORNIA
BY    M.Z.              DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Nathan Smith | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV-06-8045 |
| v. | |
| The unidentified wrecked, et al; | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S). | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

**Note:** This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____   _____
Date                           United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☑ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments: *Ship is not in this district.*

✓ Docketed
✓ Copies / NTC Sent
___ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

```
         ENTERED
CLERK, U.S. DISTRICT COURT

    JAN 1 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

12/22/06                       _____
Date                           United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED    ☑ DENIED (See comments above).

1/5/07                         _____
Date                           United States District Judge

CV-73A (02/05)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE